# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 18, 2012

143202 & (57)(59)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

In re CARROLL.

_____

ALAN A. MAY, Conservator of the Estate of
Edward Carroll, a Protected Person,
      Petitioner-Appellee,

v

AUTO CLUB INSURANCE ASSOCIATION,
      Respondent-Appellant.

SC: 143202
COA: 292649
Macomb PC:  2008-195574-CA

_____/

     On order of the Court, the motions for leave to file brief amicus curiae and for miscellaneous relief are GRANTED.  The application for leave to appeal the April 26, 2011 judgment of the Court of Appeals is considered and, it appearing to this Court that the cases of *Johnson v Recca* (Docket No. 143088) and *Douglas v Allstate* (Docket No. 143503) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 18, 2012                                

h0411                                           Clerk